IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

STEPHANIE WILLIAMS

VS. Case No.1:05-cv-1317

CSX TRANSPORTATION

**EXHIBIT DISPOSAL CERTIFICATE - CIVIL**

PROCEEDING TYPE: Jury Trial

DATE OF PROCEEDING: 3/30/09, 3/31/09, 4/1/09 and 4/2/09

Exhibit(s) number(s): Defendant's Exhibits Nos. 7, 8, 9, 10, 11, 12, 14, 15 ID only, 16 ID only, 17 ID only, 18, 19, 20, 21 and 22

Method of disposal: X Shred _____ Physical Destruction

Disposed by: Evelyn Cheairs
Deputy Clerk

Disposal date: March 25, 2022